Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST, WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST, WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST FUND, INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES PENSION FUND and INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br> Plaintiffs, <br><br> vs. <br><br> STEPHEN J. LIOTTA and "JANE DOE" LIOTTA, husband and wife and the marital community comprised thereof; MICHAEL B. SHACKETT and "JANE DOE" SHACKETT, husband and wife and the marital community comprised thereof; and NORTH SHORE GENERAL CONTRACTORS, INC., a Washington corporation, <br><br> Defendants. | CAUSE NO.: C05-5104KLS <br><br> ORDER FOR DEFAULT JUDGMENT <br><br> **Clerk's Action Required** |

//

ORDER FOR DEFAULT JUDG
CASE NO. C05-5104KLS
PAGE 1 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Plaintiffs Employee Painters Trust Health & Welfare Fund, Western Washington Painters Defined Contribution Pension Trust, Western Washington Apprenticeship and Training Trust, Western Washington Painters Labor Management Cooperation Trust Fund, International Union of Painters & Allied Trades Pension Fund and International Union of Painters & Allied Trades District Council No. 5 have moved the Court for Default Judgment against Defendants Stephen J. Liotta and "Jane Doe" Liotta, husband and wife and the marital community comprised thereof; Michael B. Shackett and "Jane Doe" Shackett, husband and wife and the marital community comprised thereof; and North Shore General Contractors, Inc., a Washington corporation (Employer).

## SUMMARY OF JUDGMENT

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Employee Painters Trust Health & Welfare Fund, Western Washington Painters Defined Contribution Pension Trust, Western Washington Apprenticeship and Training Trust, Western Washington Painters Labor Management Cooperation Trust Fund, International Union of Painters & Allied Trades Pension Fund and International Union of Painters & Allied Trades District Council No. 5 |
| 2. | Judgment Debtor: | Stephen J. Liotta and "Jane Doe" Liotta, Michael B. Shackett and "Jane Doe" Shackett, and North Shore General Contractors, Inc. |
| 3. | Contributions: | $286.40 |
| 4. | Liquidated Damages: | $102.03 |
| 5. | Interest to Date of Judgment: | $37.05 |
| 6. | Costs: | $446.34 |
| 7. | Attorney's Fees: | $942.00 |
| 8. | Post-Judgment Interest: | 12% per annum |
| 9. | Attorney for Judgment Creditor: | Robert A. Bohrer, WSBA No. 5050 EKMAN, BOHRER & THULIN, P.S. |

ORDER FOR DEFAULT JUDG
CASE NO. C05-5104KLS
PAGE 2 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Pursuant to Plaintiffs' Motion for an entry of Default Judgment against Defendant Employer and the Court having considered the pleadings on file, including the Order of Default entered on April 6, 2005, and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiffs be awarded a Default Judgment against Defendant Employer in the amount $1,813.82 representing contributions covering the period September 2004 in the amount $286.40, liquidated damages in the amount $102.03, interest in the amount $37.05, costs in the amount $446.34, and attorney's fees in the amount $942.00, for a total amount owing of $1,813.82.

**IT IS FURTHER ORDERED** that such Default Judgment is deemed a final judgment pursuant to FRCP 54(c) and there is no just reason for delay in entry of such judgment on Plaintiffs' claims herein.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance at the rate of 12% per annum, pursuant to the terms of the Trust Agreement(s) to which Employer is bound.

**IT IS FURTHER ORDERED** that this Judgment is without prejudice to Plaintiffs' right to pursue future disclosures of delinquent contributions during the same period covered by this Judgment.

DATED this 29th day of April, 2005.

s/ Karen L. Strombom
U.S. Magistrate Judge

ORDER FOR DEFAULT JUDG
CASE NO. C05-5104KLS
PAGE 3 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1 | Presented by:

2 | s/Robert A. Bohrer
WSBA #5050
3 | Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
4 | Seattle, WA 98119
Telephone: (206) 282-8221
5 | Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
6 | Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25 | S:\Collections\WWP-3410\Pleadings\2005\North Shore USDC2 Judg Order.doc

ORDER FOR DEFAULT JUDG
CASE NO. C05-5104KLS
PAGE 4 OF 4

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587